COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

DAVID PAUL HEALY,                    §              No. 08-17-00027-CV

                    Appellants,      §                 Appeal from the

v.                                   §             352nd District Court

SIMONE BARRON,                       §           of Tarrant County, Texas

                    Appellee.        §            (TC# 352-286480-16)

## **O R D E R**

Pending before the Court is a motion to withdraw filed by Appellee's counsel on appeal. The motion is GRANTED. The Court has changed its records to reflect that Simone Barron will appear as pro se. The Appellee is to notify this Court immediately in writing if new counsel has been retained.

IT IS SO ORDERED this 2nd day of February, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.